# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| NAJIY WILLIAMS, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) CRIMINAL NO. 5:17-CR-24 (MTT) |
| | ) |
| UNITED STATES OF AMERICA, | ) CIVIL ACTION NO. 5:23-CV-140 (MTT) |
| | ) |
| Respondent. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends that Najiy Williams' motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 be denied. Doc. 224. Williams has not objected, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error. After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 234) is **ADOPTED** and made the Order of the Court. Accordingly, William's motion (Doc. 224) is **DENIED** and a certificate of appealability is **DENIED**.

**SO ORDERED**, this 28th day of April, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT