IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NAJIY WILLIAMS, | * |
| Petitioner, | * |
| v. | Case No. 5:17-cr-00024-MTT-CHW |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated April 28, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 28th day of April, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk